

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-22-00325-CV

| | | |
|---|---|---|
| CITY OF ARLINGTON, Appellant | § | On Appeal from the 96th District Court |
| v. | § | of Tarrant County (096-329704-21) |
| | § | May 18, 2023 |
| CRAIG TAYLOR, Appellee | § | Memorandum Opinion by Justice Walker |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that appellant City of Arlington shall bear the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Brian Walker
Justice Brian Walker